THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN COVINGTON, Appellant. [868 NYS2d 553]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Spolzino, JJ., concur.